Prob 22 (Rev. 03/97)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Transferring Court)<br>0:00CR00062-1(JMR)<br>DOCKET NO. (Receiving Court) |

| NAME AND ADDRESS OF | DISTRICT | DIVISION | |
|---|---|---|---|
| Ralph Christopher Neal | MINNESOTA | Minneapolis | |
| | NAME OF SENTENCING JUDGE<br>James M. Rosenbaum | | |
| | DATES OF SUPERVISION | FROM | TO |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Eastern District of Arkansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

April 5th, 2005
Date

James M. Rosenbaum, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

4/13/05
Effective Date

United States District Judge

SCANNED
JUN 02 2005
U.S. DISTRICT COURT ST. PAUL